STEVEN P. HASKETT, ESQ. (66011)
HASKETT & ASSOCIATES
a Professional Corporation
701 "B" Street, Suite 1115
San Diego, CA 92101
Telephone: (619) 231-3737
Facsimile: (619) 233-1223

Attorneys for Plaintiff, DEBORAH SCHONBAK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHONBAK,<br><br>Plaintiff,<br><br>vs.<br><br>MINNESOTA LIFE, a Delaware corporation; and TRIBUNE COMPANY, a Delaware Corporation.<br><br>Defendants. | Case No. **15CV1018 GPC KSC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[San Diego County Superior Court Case No. 37-2015-00011087-CU-BC-CTL]<br><br>Complaint filed: April 1, 2015 |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

DEBORAH SCHONBAK, the Plaintiff in this matter, voluntarily dismisses this lawsuit, Case No. 15CV1018 GPC KSC [San Diego County Superior Court Case No. 37-2015-000111087-Cu-BC-CTL], pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: September 10, 2015

                                      HASKETT & ASSOCIATES
                                      a Professional Corporation

                            By:_____s/STEVEN P. HASKETT_____
                                  Attorneys for DEBORAH SCHONBAK
                                  E-mail: sph@haskettlegal.com

---

1  STEVEN P. HASKETT, ESQ. (66011)
   HASKETT & ASSOCIATES
2  a Professional Corporation
   701 "B" Street, Suite 1115
3  San Diego, CA 92101
   Telephone: (619) 231-3737
4  Facsimile: (619) 233-1223

5  Attorneys for Plaintiff, DEBORAH SCHONBAK

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9  DEBORAH SCHONBAK,              ) Case No. **15CV1018 GPC KSC**
                                   )
10         Plaintiff,              )
                                   ) **CERTIFICATE OF SERVICE**
11     vs.                         )
                                   )
12 MINNESOTA LIFE, a Delaware      )
   corporation; and TRIBUNE        ) [San Diego County Superior Court Case No. 37-2015-
13 COMPANY, a Delaware Corporation.) 00011087-CU-BC-CTL]
                                   )
14         Defendants.             )
                                   ) Complaint filed: April 1, 2015
15 _____ )

16     I, EARIKA RICKABAUGH, declare

17     I am a citizen of the United States and employed in San Diego County, California. I am over

18 the age of eighteen (18) years and not a party to the within-entitled action. My business address is

19 701 B Street, Suite 1115, San Diego, California. On June 4, 2015, I served copies of the following

20 documents:

21     1.    **NOTICE OF VOLUNTARY DISMISSAL**

22     2.    **CERTIFICATE OF SERVICE**

23     I am familiar with the United States District Court, Southern District's practice for collecting

24 and processing electronic filings. Under that practice, documents are electronically filed with the

25 Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing

26 part, the assigned judge, and any registered users in the case. The NEF will constitute service of the

27 document. Registration as a CM/ECF user constitutes consent to electronic service through the

28 Court's transmission facility. Under said practice, the following CM/ECF users were served:

---
Certificate of Service

1  Richard L. Gallagher, Esq.
   Anne Johnson Palmer, Esq.
2  ROPES & GRAY, LLP
   Three Embaracadero Center
3  San Francisco, CA 94111-4006
   Tel:  (415) 315-6337
4  Fax: (415) 315-4813
   Email:  Richard.Gallagher@ropesgray.com
5          Anne.JohnsonPalmer@ropesgray.com

6  James J. Moak, Esq.
   Charles K. Chineduh, Esq.
7  MESERVE, MUMPER & HUGES, LLP
   800 Wilshire Blvd., #500
8  Los Angeles, CA 90017-2611
   Tel: (213)620-0300
9  Fax: (213)625-1930
   Email:  jmoak@mmhllp.com
10         cchineduh@mmhllp.com

11        I certify that I am employed in the office of a member of the bar of this Court at whose

12  direction the service was made.

13        Executed September 11, 2015, at San Diego, California.

14        I declare under penalty of perjury that the foregoing is true and correct.

                                    _____
                                    EARIKA RICKABAUGH

---

Certificate of Service                              -2-